IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | CASE NO.: 2019 cv 4844 |
| Plaintiff, | Judge: Virginia M. Kendall. |
| vs. | INJUNCTIVE RELIEF SOUGHT |
| SSH IL M PROPERTY LLC and<br>SSH TRS M LLC | |
| Defendants,<br>_____/ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan and Defendants, SSH IL M PROPERTY LLC and SSH TRS M LLC, having entered into a Confidential Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice.

Dated: November 26, 2019

Respectfully submitted,

| | |
|---|---|
| **HOWARD COHAN** | **SSH IL M PROPERTY LLC, and SSH TRS M LLC** |
| By: __/s/ Robert M. Kaplan__<br>Counsel for Plaintiff<br>Law Offices of Robert M. Kaplan P.C.<br>1535 W. Schaumburg Rd. Ste 204<br>Schaumburg, IL 60194-4042<br>847-845-9477 | By: __/s/ Tiffany S. Fordyce__<br>Counsel for Defendants<br>Greenberg Traurig, P.A.<br>77 West Wacker Drive, Ste 3100<br>Chicago, IL 60601<br>312-456-8400 |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 26, 2019, he caused the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the following counsel of record via electronic mail/notice of filing:

>Tiffany S. Fordyce
>Counsel for Defendants
>Greenberg Traurig, P.A.
>77 West Wacker Drive, Ste 3100
>Chicago, IL  60601
>312-456-8400

s/ Robert M. Kaplan

F:\Kaplan-Data\KAPLAN\Clients\LITIGATION\COHAN FILES\Open Files\CohanH. No 85.SSH IL M\jt stipulation to dismiss. 11 25 19.docx