IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HOWARD COHAN,                          CASE NO.: 2019 cv 4844

    Plaintiff,                          Judge: Virginia M. Kendall.

vs.                                    INJUNCTIVE RELIEF SOUGHT

SSH IL M PROPERTY LLC and
SSH TRS M LLC

    Defendants,
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered the same, having reviewed the file, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED:

All claims that were or could have been raised in this action are hereby DISMISSED WITH PREJUDICE. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in the Agreement.

_____
Virginia M. Kendall
United States District Judge

Date: December 6, 2019